IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CASCADIA WILDLANDS, an Oregon nonprofit corporation; and OREGON WILD, an Oregon nonprofit corporation,<br><br>        Plaintiffs,<br>  v.<br><br>CHERYL ADOCK, in her official capacity as Field Manager for the Siuslaw Field Office; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>        Defendants. | Civ. No. 6:22-cv-1344-MK<br><br>ORDER |

MCSHANE, Judge:

      Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#19), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#19) is adopted. Defendants' Motion to Dismiss (#10) is DENIED.

IT IS SO ORDERED.

      DATED this 24th of May, 2023.

                                                      /s/ Michael J. McShane
                                                            Michael McShane
                                            United States District Judge

1 – ORDER