

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | November 25, 2024 |
| Case Number: | 6:22−cv−01344−MTK |
| Case Title: | Cascadia Wildlands et al v. Adcock et al |

**(A)   Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Mustafa Kasubhai to the Honorable Mustafa T. Kasubhai, United States District Judge. Information on this case may be obtained from the following:

| | |
|---|---|
| Case Status or Scheduling Information: | 541−431−4100 |
| Filing or Docket Entry Information: | Telephone: 541−431−4100 |

**(B)   Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Wayne L. Morse Courthouse, 405 East Eighth Ave., Eugene, OR, 97401.

**(C)   Change to the Case Number:** Effective immediately, Judge Kasubhai's initials (MTK) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:   Judge Kasubhai
      Counsel of Record