UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **CASCADIA WILDLANDS**, an Oregon nonprofit corporation; and **OREGON WILD**, an Oregon nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**CHERYL ADCOCK**, in her official capacity as Field Manager for the Siuslaw Field Office; and the **UNITED STATES BUREAU OF LAND MANAGEMENT**,<br><br>Defendants. | Case No. 6:22-cv-1344-MK<br><br>**[Proposed] Judgement** |

**KASUBHAI, Judge:**

According to the Court's accompanying Order, Judgment is entered in Plaintiffs' favor.

The case is closed.

DATED this \_\_\_\_ day of _____, 2025

<u>s/ Mustafa T. Kasubhai</u>
Mustafa T. Kasubhai
United States District Judge

Judgment - 1